United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE BASILIO RODRIGUEZ PUPO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00691 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge: Karen Betancourt.

SIGNED this June 29, 2026

Rolando Olvera
United States District Judge